UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Dennis Keith                                                    Docket No. 5:04-CR-126-1BO

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Dennis Keith, who, upon an earlier plea of guilty to Possession With Intent To Distribute More Than 5 Grams of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on March 30, 2005, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Dennis Keith was released from custody on April 2, 2012, at which time the term of supervised release commenced. On August 31, 2012, and November 25, 2014, Violation Reports were filed advising the defendant tested positive for marijuana, and on May 20, 2014, a Violation Report was filed advising of new criminal conduct (Driving While Impaired and Possession of Marijuana Up to ½ Ounce).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During a routine office visit on June 11, 2015, the defendant advised this probation officer he is under a lot of stress due to employment concerns, financial issues, legal problems regarding his son, etc. and requested to participate in mental health counseling. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: June 12, 2015

Dennis Keith
Docket No. 5:04-CR-126-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___12___ day of ___June___, 2015 and ordered filed and made a part of the records in the above case.

*/s/ Terrence Boyle*
Terrence W. Boyle
U.S. District Judge