UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dennis Keith**                                                             **Docket No. 5:04-CR-126-1BO**

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Dennis Keith, who, upon an earlier plea of guilty to Possession With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on March 30, 2005, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Dennis Keith was released from custody on April 2, 2012, at which time the term of supervised release commenced. On August 31, 2012, and November 25, 2014, Violation Reports were filed advising of positive drug tests, and on May 20, 2014, a Violation Report was filed advising Keith had been charged with Driving While Impaired and Possession of Marijuana Up to ½ Ounce. On June 15, 2015, a Petition for Action on Supervised Release was filed noting mental health concerns expressed by the defendant, and adding a mental health condition.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 16, 2015, in Wake County, North Carolina, the defendant was charged with Driving While License Revoked (15CR717047). Additionally, on October 1, 2015, in Wake County, he was charged with Driving While License Revoked and Expired Registration (15CR760013). Lastly, on November 4, 2015, in Wake County, Keith was charged with Driving While License Revoked (15CR766951) and Reckless Driving to Endanger (15CR766950). All of the charges are still pending. Based on the defendant's continued violation of the law, a 90-day period of location monitored curfew is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Dennis Keith
Docket No. 5:04-CR-126-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: December 2, 2015

## ORDER OF THE COURT

Considered and ordered this 3 day of December, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge